## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | | |
|---|---|---|
| **WARREN JAMES LEWIS,** | ) | |
| | ) | |
| **Petitioner,** | ) | |
| | ) | |
| **vs.** | ) | **CIVIL ACTION NO. 14-0581-CG-N** |
| | ) | |
| **UNITED STATES OF AMERICA,** | ) | **CRIMINAL NO. 12-00154-CG-N** |
| | ) | |
| **Respondent.** | ) | |

## ORDER

After due and proper consideration of all pleadings in this action, and there having been no objections filed, the Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) dated October 5, 2015, is adopted as the opinion of this Court.

**DONE and ORDERED** this 2nd day of December, 2015.

/s/  Callie V. S. Granade  
UNITED STATES DISTRICT JUDGE