IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| WARREN JAMES LEWIS, ) | |
| ) | |
|     Petitioner, ) | |
| ) | |
| vs. ) | CIVIL ACTION NO. 14-0581-CG-N |
| ) | |
| UNITED STATES OF AMERICA, ) | CRIMINAL NO. 12-00154-CG-N |
| ) | |
|     Respondent. ) | |

## JUDGMENT

In accordance with the order entered on this date, it is hereby **ORDERED, ADJUDGED,** and **DECREED** that Warren James Lewis' motion to vacate (Doc. 65) is hereby **DENIED** without evidentiary hearing, and that this action is **DISMISSED** with prejudice. It is further **ORDERED** that Lewis is not entitled either to a Certificate of Appealability, or to proceed in forma pauperis on appeal.

**DONE and ORDERED** this 2nd day of December, 2015.

                                          /s/ Callie V. S. Granade
                                          UNITED STATES DISTRICT JUDGE